IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02966-RBJ

In Re: JEFF A. VANDERPOL,

    Debtor.

_____

JARED WALTERS, as Chapter 7 Trustee,

    Plaintiff,

v.

CHASE VADERPOL,

    Defendant.

ORDER RE: MOTION FOR ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

THIS MATTER, having come before the Court on Jared Walters, Chapter 7 Trustee's Motion for Order Dismissing Adversary Proceeding With Prejudice, and the Court having been so advised, does hereby:

ORDER that this adversary proceeding is DISMISSED with prejudice.

DATED this 1st day of May, 2014.

BY THE COURT:

_____
R. Brooke Jackson

2

United States District Judge